# Morgan Lewis
# MEMO ENDORSED

**Blair J. Robinson**
Partner
+1.212.309.6345
Blair.Robinson@morganlewis.com

> The application is  X  granted
> ___ denied
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: January 23, 2020
> New York, New York

January 23, 2020

**VIA ECF**

Hon. Edgardo Ramos, U.S.D.J.
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Blair Davis-Garett v. Urban Outfitters, Inc. and Anthropologie, Inc.*
      S.D.N.Y. Case No.: 15-cv-09598

Dear Judge Ramos:

We represent Defendants Urban Outfitters, Inc. and Anthropologie, Inc. ("Defendants") in the above-referenced matter. Pursuant to Your Honor's Individual Rule 1.E, we write to jointly respectfully request a brief extension of time for the parties to submit their pre-trial filings (*i.e.*, proposed jury instructions, proposed verdict forms, proposed *voir dire* questions, trial memoranda, and any evidentiary motions) from January 24, 2020 to January 29, 2020, and for an extension of time for the parties to respond to any pre-trial filings or motions from February 7, 2020 to February 12, 2020.

Counsel for the parties are continuing to meet and confer on various evidentiary issues, stipulations of fact, and presentation of witnesses. Thus, the brief extension of time to submit their respective pre-trial filings will further facilitate this process.

This is the parties' first request for an extension of time to submit their pre-trial filings and to respond to any pre-trial filings or motions. As noted, counsel consents to the extension of time and proposed alternative deadlines. The requested extensions will not affect any of the other pre-trial dates for this matter.

Thank you for Your Honor's consideration.

Morgan, Lewis & Bockius LLP

101 Park Avenue
New York, NY  10178-0060      +1.212.309.6000
United States                 +1.212.309.6001

Sincerely,

*/s  Blair J. Robinson*

Blair J. Robinson
*Counsel for Defendants*

cc:  All counsel of record (via ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: January 23, 2020